BRAKER v. NEW YORK FINANCE CO. et al.

(Supreme Court, Appellate Division, First Department. December 29, 1911.)

LIMITATION OF ACTIONS (§ 184*)—AMENDMENT TO PLEAD STATUTE—LACHES.
　　In the absence of a showing of sufficient excuse for the laches, an amendment in an action in equity should not be allowed to plead limitations, eight months after joinder of issue, seven months after examination of defendant before trial, and after the case had been on the day calendar throughout a term, and had been set for trial.

　　[Ed. Note.—For other cases, see Limitation of Actions, Cent. Dig. § 693; Dec. Dig. § 184.*]

Appeal from Special Term, New York County.

Action by Conrad Morris Braker against the New York Finance Company, impleaded with others. From an order allowing service of an amended answer, plaintiff appeals. Reversed, and motion denied.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Safford A. Crummey, for appellant.
Asa L. Carter, for respondents.

PER CURIAM. The order appealed from permits the amendment of the answer by setting up various statutes of limitations, in an action in equity, eight months after issue was joined, seven months after the examination of the defendant company before trial, and after the case had been on the day calendar throughout the October term, and had been set for trial. No sufficient excuse for the laches of defendant was shown.

The order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.